UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - -:
LUIS VILLENA,                           : 07 Civ. 3485 (GEL) (JCF)
                                        :
                Plaintiff,              : REPORT AND
                                        : RECOMMENDATION
        - against -                     :
                                        :
DETECTIVE JOSEPH OQUENDO,                :
DETECTIVE JOHN DOE 1; DETECTIVE          :
JOHN DOE 2; MANHATTAN SOUTH              :
POLICE DEPARTMENT; A.D.A JOHN DOE;       :
                                        :
                Defendants.              :
- - - - - - - - - - - - - - - - - - - -:
TO THE HONORABLE GERALD E. LYNCH, U.S.D.J.:

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/25/08
```

The Office of Corporation Counsel having requested an order directing plaintiff to provide a release allowing access to his police records in connection with the arrest at issue, it is hereby ORDERED as follows:

1.  By March 14, 2008, plaintiff shall submit a notarized letter stating that he authorizes the unsealing of his police records for the arrest at issue in this case pursuant to New York Criminal Procedure Law § 160.50. That letter shall be sent to David M. Hazen, Esq., Assistant Corporation Counsel, 100 Church Street, New York, New York 10007, with a copy to the Court.

2.  If plaintiff does not submit the release as required, the Complaint will be dismissed.

Respectfully submitted,

*James C. Francis IV*
JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

1

Dated:     New York, New York
           February 25, 2008


Copies mailed this date:

Luis Villena a/k/a Luis Villanova
05-A-6397
Downstate Correctional Facility
P.O. Box 445
Fishkill, New York 12524-0445

David M. Hazan, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007