UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - :

LUIS VILLENA,                           : 07 Civ. 3485 (GEL) (JCF)

            Plaintiff,          :     O R D E R

   - against -                         :

DETECTIVE JOSEPH OQUENDO,               :
DETECTIVE JOHN DOE 1; DETECTIVE         :
JOHN DOE 2; MANHATTAN SOUTH             :
POLICE DEPARTMENT; A.D.A JOHN DOE;      :

        Defendants.             :

- - - - - - - - - - - - - - - - - - - - :

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 2/27/08

    The Office of Corporation Counsel having requested an order directing plaintiff to provide a release allowing access to his police records in connection with the arrest at issue, it is hereby ORDERED as follows:

    1.   The Order issued on February 25, 2008 was incorrectly captioned as a Report and Recommendation and is hereby vacated.

    2.   By March 14, 2008, plaintiff shall submit a notarized letter stating that he authorizes the unsealing of his police records for the arrest at issue in this case pursuant to New York Criminal Procedure Law § 160.50.  That letter shall be sent to David M. Hazen, Esq., Assistant Corporation Counsel, 100 Church Street, New York, New York 10007, with a copy to the Court.

    3.  If plaintiff does not submit the release as required, the Complaint will be dismissed.

Respectfully submitted,

JAMES C. FRANCIS IV
UNITED STATES MAGISTRATE JUDGE

Dated:     New York, New York
           February 27, 2008

Copies mailed this date:

Luis Villena a/k/a Luis Villanova
05-A-6397
Downstate Correctional Facility
P.O. Box 445
Fishkill, New York 12524-0445

David M. Hazan, Esq.
Assistant Corporation Counsel
100 Church Street
New York, New York 10007