USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/21/09

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------x

LUIS VILLENA,

                     Plaintiff,          07 Civ. 3485 (GEL)

      -v-          **ORDER**

DETECTIVE JOSEPH OQUENDO, et al.,

                     Defendants.

------------------------------------------------------------x

GERARD E. LYNCH, District Judge:

      On March 27, 2008, Magistrate Judge Francis wrote a Report and Recommendation ("R&R") recommending dismissal of the complaint. On April 21, 2008, an order was issued adopting Judge Francis's R&R and dismissing the complaint. Through an administrative oversight, however, the April 21, 2008 order was never docketed. The clerk is directed to docket the attached duplicate original of the order of April 21, 2008 and close the case.

SO ORDERED.

Dated: New York, New York
       April 17, 2009

                                                      GERARD E. LYNCH
                                                  United States District Judge