UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

LUIS VILLENA,

                 Plaintiff,

-v-

DETECTIVE JOSEPH OQUENDO, et al.,

                Defendants.

------------------------------------------------------------------x

07 Civ. 3485 (GEL)

**ORDER**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/21/09

GERARD E. LYNCH, District Judge:

      Having carefully reviewed the well-reasoned Report and Recommendation of United States Magistrate Judge James C. Francis, dated March 27, 2008, and having received no objections from any party, it is hereby

      ORDERED that, pursuant to Fed. R. Civ. P. 41(b), the complaint be dismissed for failure to prosecute.

SO ORDERED.

Dated: New York, New York
       April 21, 2008

                                                  GERARD E. LYNCH
                                           United States District Judge